# EXHIBIT A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,838,936**

**Registered Aug. 24, 2010**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: BARBECUE SAUCE, CAKES, PROCESSED CEREAL, CHEESE SAUCE, CHILI MIX, NAMELY, CHILI SEASONING, CHOCOLATE, CHOCOLATE BARS, COOKIES, CHEWING GUM, HOT SAUCE, ICE CREAM, LOLLIPOPS, MARINADE AND MARINADE MIX, MUS-TARD, POPCORN, PRETZELS, TORTILLA CHIPS, SALSA, SEASONINGS, STEAK SAUCE, TORTILLAS, CHICKEN WING SAUCE, SNACK MIX CONSISTING PRIMARILY OF CRACKERS, PRETZELS, CANDIED NUTS AND/OR POPPED POPCORN, AND CONFEC-TIONERY, NAMELY, CRYSTAL SUGAR PIECES, NAMELY, COMPRESSED SUGAR; DEXTROSE AND COMPRESSED DEXTROSE FOR PURPOSES OF NOURISHMENT; RE-FRESHMENT PASTILLES AND CANDY; CONFECTIONERY, NAMELY, PASTILLES AND SUGAR-FREE PASTILLES, NOT FOR MEDICAL PURPOSES , IN CLASS 30 (U.S. CL. 46).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 1,234,940, 3,553,699, AND OTHERS.

THE MARK CONSISTS OF THE SILHOUETTE OF A LONGHORN.

SN 77-747,691, FILED 5-29-2009.

DORITT L. CARROLL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,788,598**

**Registered May 11, 2010**

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: BOTTLED DRINKING WATER, SPORTS DRINKS, NAMELY, ENERGY DRINKS, LEMONADE MIX, AND NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED BEVERAGES , IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

OWNER OF U.S. REG. NOS. 1,234,940, 3,553,699, AND OTHERS.

THE MARK CONSISTS OF THE SILHOUETTE OF A LONGHORN.

SN 77-747,707, FILED 5-29-2009.

DORITT L. CARROLL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 21

Prior U.S. Cls.: 2 and 33

Reg. No. 1,340,788

## United States Patent and Trademark Office    Registered June 11, 1985

## TRADEMARK
## PRINCIPAL REGISTER



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2 AND 33).
FIRST USE 9-1-1983; IN COMMERCE 9-1-1983.

OWNER OF U.S. REG. NO. 1,234,940.

THE MARK IN THE DRAWING IS LINED FOR THE COLOR ORANGE.

SER. NO. 496,579, FILED 8-27-1984.

JAMES F. BROWNE. EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,553,699**

## United States Patent and Trademark Office

Registered Dec. 30, 2008

## TRADEMARK
### PRINCIPAL REGISTER



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY) 201 WEST 7TH STREET AUSTIN, TX 78701

FOR: APPAREL ITEMS, NAMELY, SHIRTS, JACKETS, WARM-UP SUITS, SWEAT SHIRTS, SWEAT PANTS, CAPS, TAMS, BANDANAS, SHOES, SHORTS AND SCARVES , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

OWNER OF U.S. REG. NOS. 1,234,940, 1,456,594 AND OTHERS.

THE MARK CONSISTS OF THE SILHOUETTE OF THE HEAD OF A LONGHORN STEER.

SER. NO. 77-472,050, FILED 5-12-2008.

EDWARD NELSON, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cl.: 107**

## United States Patent and Trademark Office

**Reg. No. 1,234,940**
Registered Apr. 12, 1983

## SERVICE MARK
### Principal Register



Board of Regents, The University of Texas System
(Texas agency)
201 W. 7th St.
Austin, Tex. 78701

For: ENTERTAINMENT SERVICES—NAMELY, COLLEGE SPORT GAMES AND EVENTS RENDERED LIVE AND THROUGH THE MEDIA OF RADIO AND TELEVISION, in CLASS 41 (U.S. Cl. 107).

First use 1958, in another form 1914; in commerce 1960, in another form 1914.

The drawing is lined for the color orange.

Ser. No. 322,001, filed Aug. 3, 1981.

KIMBERLY KREHELY, Examining Attorney

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 1,456,575
Registered Sep. 8, 1987

## TRADEMARK
### PRINCIPAL REGISTER



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: IMPRINTED GOODS, NAMELY - CLOTH FLAGS, BLANKETS, TOWELS, SHEETS AND PILLOW CASES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

OWNER OF U.S. REG. NOS. 1,234,940 AND 1,340,788.

THE DRAWING IS LINED FOR THE COLOR ORANGE, BUT COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 637,528, FILED 12-29-1986.

SUSAN A. RICHARDS, EXAMINING ATTORNEY



# The State of Texas

## *SECRETARY OF STATE*

Date of Registration __July 31, 1981__

Registration No ____30977____

### CERTIFICATE OF REGISTRATION

I, GEORGE W. STRAKE, JR., Secretary of State of the State of Texas, hereby certify:

That the attached is the duplicate APPLICATION FOR REGISTRATION.

That in accordance with the provisions of CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE and the application filed in this office the MARK described below has been duly registered in this office on behalf of:

Name of Applicant ____Board of Regents, The University of Texas System____

Address of Applicant ____201 West 7th Street____

____Austin Texas 78701____

Description of Mark ____Design of Longhorn____

Class Number ____Intl. 41 Education & Entertainment____

Dates of First Use:　　Anywhere ____1958____　In Texas ____1959____

The Term of Registration is for Ten Years and Extends to and Includes __July 31, 1991__ .

*IN TESTIMONY WHEREOF, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in the City of Austin, this*

__31st__ *day of* __July__ , *A. D. 19*__81__

*Secretary of State*

In the Office of
Secretary of State of Texas

38977  JUL 31 1981

STATE OF TEXAS

Z Henry Ernesto

## APPLICATION FOR REGISTRATION OF TRADEMARK OR SERVICE MARK

BE IT KNOWN  that applicant has heretofore adopted and used and is now using a certain mark and hereby makes application for registration of such mark.

1. Applicant: Board of Regents, The University of Texas System

2. Address of applicant is: Street 201 West 7th Street
   City Austin                              Zip 78701     State Texas

3. If applicant is a corporation, show where incorporated:_____

4. Describe mark. If mark only (without design) 1) state the name of the mark. If mark contains a design: 1) state name of the mark "and Design"; 2) describe the design; and 3) attach a DRAWING of the mark.
   Design of LONGHORN

5. Description of goods or services in connection with mark as now being used: (BE SPECIFIC)
   See Attachment A

6. The mode or manner in which the mark is now being used: yearbooks, game programs, sports newsletters, schedules, uniforms worn at games and events, on buttons used for admission to University events

7. Number and title of the class of goods or services. Only one class per application. Class 41, Education and Entertainment

8. Date mark first used by applicant (put date in BOTH spaces):
   (a) Anywhere At least as early as  (b) In Texas At least as early as
   (variant form) 1914, (form shown) 1958      (variant form) 1914, or (form shown) 1958

9. Applicant does hereby appoint the Secretary of State of Texas as his agent for service of process in any action relating only to the registration which may be issued, if the applicant be, or shall become, a nonresident individual, partnership or association, or foreign corporation not licensed to do business in this state, or cannot be found in this state.

10. Applicant believes himself to be the owner of the mark and no other person to the best of his knowledge and belief, has the right in this state to use such mark either in the identical form thereof, or in such near resemblance to cause confusion, or to cause mistake or to deceive.

BOARD OF REGENTS,
THE UNIVERSITY OF TEXAS SYSTEM
(Name of Applicant)

State of Texas
County of Travis

(Signature of Applicant, and if applicable state title of office or partner.)

James L. Powell, Chairman, Board of Regents

James L. Powell
_____, personally appeared before me, and being first duly sworn declared that he signed this application in the capacity designated, and further states that he has read the above application, and the statements therein contained are true.

Subscribed and sworn to before me this 26th day of June, 19 81

Notary Public

## Attachment A

Entertainment services, namely college sport games and events rendered live and through the media of radio and television.

APPLICANT:   Board of Regents, The University of Texas System

P. O. ADDRESS:  201 West 7th Street, Austin, Texas 78701

DATE OF FIRST USE

  ANYWHERE   In a variant form, at least as early as 1914
         In the form shown, at least as early as 1958
  IN TEXAS    In a variant form, at least as early as 1914
         In the form shown, at least as early as 1958

GOODS OR SERVICES: Entertainment services, namely college sport
           games and events rendered live and through
           the media of radio and television



Attorneys:   Louis T. Pirkey
       Arnold, White & Durkee
       2100 Transco Tower
       Houston, Texas  77056
       713/621-9100

# TEXAS
# TENNIS
# 1981



**GUILLERMO STEVENS AND PAUL CROZIER**



THE UNIVERSITY OF TEXAS AT AUSTIN
DEPARTMENT OF INTERCOLLEGIATE ATHLETICS

# SPORTS NEWS

AUSTIN, TEXAS 78712  •  TELEPHONE 471-7437

JONES RAMSEY, Director of Sports Information
DOUG SMITH, Assistant Director
LYNNE NIEMIEC, Assistant Director

